125 So.2d 530

### UNITED STATES FIDELITY & GUARANTY CO.

v.

### INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ETC., LOCAL 612.

6 Div. 648.

Supreme Court of Alabama.

Dec. 22, 1960.

S. Palmer Keith, Jr., Birmingham, for petitioner.

Corretti & Newsom, Birmingham, and Hawkins & Rhea, Gadsden, opposed.

COLEMAN, Justice.

Petition of United States Fidelity & Guaranty Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in U. S. Fidelity & G. Co. v. International Brotherhood of Teamsters, etc., 125 So.2d 526.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

124 So.2d 834

### James Robert VANDIVER

v.

### STATE.

7 Div. 526.

Supreme Court of Alabama.

Dec. 1, 1960.

Hinton & Torbert, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of James Robert Vandiver for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Vandiver v. State, 124 So.2d 832.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.